# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 6, 2015 |
| Court Reporter: Janet Coppock | Time: 47 minutes |
| Probation Officer: Katrina Devine | Interpreter: n/a |

**CASE NO.  13-CR-00393-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kenneth Harmon |
| | Special Agent Greg Flynn |
| Plaintiff, | |
| vs. | |
| **BYRON THOMAS WARNES,** | Michael Axt |
| | Theodore Merriam |
| Defendant. | |

## SENTENCING

**3:23 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and bond.

**ORDERED:**  The statement of facts in the Plea Agreement, the Revised Presentence Report and its Revised Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00393-PAB
November 6, 2015

Court addresses defendant's objections to the presentence report.

Argument by Mr. Axt in support of the defendant's Motion for Variance and comments addressing sentencing.

Argument by Mr. Harmon and comments addressing sentencing.

Further argument and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Variance [Docket No. 56], is **GRANTED in PART**.

Defendant entered his plea on **February 13, 2014** to count **One of the Information.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **3** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**)  Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
13-CR-00393-PAB
November 6, 2015

      ( )    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Pursuant to 18 U.S.C. § 3563(b)(2), it is ordered that the defendant make restitution to the victim, the IRS, in the amount of $335,211.
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.
- (**X**) The defendant shall document all income, compensation, and financial support generated or received from any source, and provide such information to the probation officer as requested.
- (**X**) The defendant shall comply with all legal obligations associated with the Internal Revenue Service and any applicable state agency regarding federal and state income taxes. This includes resolution of any tax arrearage as well as continued compliance with federal and state laws regarding the filing of taxes.
- (**X**) All employment for the defendant must be approved in advance by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment).

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| IRS-RACS<br>Attn: Mail Stop 6261, Restitution<br>333 West Pershing Avenue<br>Kansas City, Missouri 64108 | $335,211.00 |

Page Four
13-CR-00393-PAB
November 6, 2015

It is recommended that the defendant be ordered to pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment.

**ORDERED:** The special assessment and restitution obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **15 days from designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion to Award Defendant One Level Reduction in Calculation of Advisory Sentencing Guideline Range, Pursuant to U.S.S.G. § 3E1.1(b) [Docket No. 58], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**: Bond is continued.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**4:45 p.m.    COURT IN RECESS**

**Total in court time:   47 minutes**

**Hearing concluded**