IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00393-PAB-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BYRON THOMAS WARNES,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    It is ORDERED that Defendant BYRON THOMAS WARNES, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Terrre Haute FCI SCP, Terre Haute, Indiana, on December 16, 2015, and will travel at his own expense.

    DATED December 2, 2015.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge