IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00393-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BYRON THOMAS WARNES,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        It is ORDERED that defendant BYRON THOMAS WARNES, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the FCI Fort Worth, Fort Worth, Texas, on December 30, 2015, and will travel at his own expense.

        DATED December 11, 2015.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge